| Name: | Michael Patrick Creedon | | | | |
|---|---|---|---|---|---|
| BK Case Number: | 23-12202 | | | | |
| Filing Date: | 7/25/2023 | | | | |
| First Post Due: | 8/1/2023 | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| | 9/14/2023 | $ 3,348.03 | | $ 3,348.03 | $ 3,348.03 |
| | 10/16/2023 | $ 3,348.30 | | $ 3,348.30 | $ 6,696.33 |
| 8/1/2023 | 10/17/2023 | | $ 3,360.78 | $ (3,360.78) | $ 3,335.55 |

| Name: | Michael Patrick Creedon | | | |
|---|---|---|---|---|
| BK Case Number: | 23-12202 | | | |
| Filing Date: | 7/25/2023 | | | |
| Due Date | Total Payment | P&I | Escrow | NOPC Filed Date |
| 9/1/2023 | $ 3,360.78 | $ 2,179.43 | $ 1,181.35 | |
| 10/1/2023 | $ 3,360.78 | $ 2,179.43 | $ 1,181.35 | |
| 11/1/2023 | $ 3,360.78 | $ 2,179.43 | $ 1,181.35 | |
| | $ - | | | |
| **Total Due** | **$ 10,082.34** | **$ 6,538.29** | **$ 3,544.05** | |