UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MICHAEL PATRICK CREEDON<br>    REGINA ANNE CREEDON<br><br>    Debtors | Chapter 13<br><br>Bankruptcy No. 23-12202-PMM |

## CERTIFICATE OF SERVICE

I, Vikki Wilson, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 19th day of December, 2023 by first class mail upon those listed below:

MICHAEL PATRICK CREEDON
REGINA ANNE CREEDON
4 SALJON CT.
MAPLE GLEN, PA  19002

**Electronically via ECF/System ONLY:**

MICHAEL A CIBIK, ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                                      */s/ Kenneth E. West, Esq.*
                                                      Kenneth E. West, Esq.
                                                      Standing Chapter 13 Trustee