## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael P. Creedon and<br>Regina A. Creedon<br>　　　　PMM Debtor (s) | : CHAPTER 13<br><br>: BANKRUPTCY NO. 23-12202 PMM |

### **P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 2/20/2024 at 1:00 PM before the Hon. Patricia M. Mayer

Respectfully submitted,

Date: January 8, 2024

/s/Jack K. Miller, Esquire for
Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19105