## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Michael Patrick Creedon and**    :    **Chapter 13**
**Regina Anne Creedon,**    :
**Debtors**    :
    :    **Case No.   23-12202-pmm**
    :
    :

### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #27, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #29);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **February 7, 2024**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

01/08/2024    *Patricia M. Mayer*

    **PATRICIA M. MAYER**
    **U.S. BANKRUPTCY JUDGE**