**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **MICHAEL  PATRICK CREEDON** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 23-12202 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw Praecipe to Re-list Confirmation filed on January 8, 2024. Docket entry #35.

Respectfully submitted,

January 8, 2024

/s/ Kenneth E. West, Esq

Kenneth E. West
Chapter 13 Standing Trustee