UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MICHAEL PATRICK CREEDON<br>    REGINA ANNE CREEDON<br><br>                   Debtors | Chapter 13<br><br>Bankruptcy No. 23-12202-PMM |

CERTIFICATE OF SERVICE

    I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Amended Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Amended Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 26th day of March, 2024 by first class mail upon those listed below:

MICHAEL PATRICK CREEDON
REGINA ANNE CREEDON
4 SALJON CT.
MAPLE GLEN, PA  19002

**Electronically via ECF/System ONLY:**

MICHAEL A CIBIK, ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                            */s/ Kenneth E. West, Esq.*
                                            Kenneth E. West, Esq.
                                            Standing Chapter 13 Trustee