| **Information to identify the case:** |
|---|
| Debtor 1     Michael Patrick Creedon |
| Debtor 2     Regina Anne Creedon |
| U.S. Bankruptcy Court for the Eastern District of Pennsylvania |
| Case Number   23-12202-pmm      Chapter 13 |

☐ Check if this is an amended filing

## Application for Compensation and Reimbursement of Expenses

The Applicant below is filing this application with the court for payment of fees and expenses in association with this bankruptcy case.

### Part 1  Notice

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this Application, you or your attorney must file an objection to the Application on or before the Objection Deadline. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. Otherwise, you must file your objection at the Clerk's office at the U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

If you mail your objection to the Clerk, you must do so early enough that it will be received on or before the Objection Deadline. If you or your attorney do not take these steps, the court may decide that you do not oppose the application and may enter an order granting the Application without further notice or hearing.

Objection Deadline:     June 4, 2024

### Part 2  Applicant and Application Information

| | |
|---|---|
| Applicant: | Michael I. Assad (#330937) |
| Applicant Firm: | Cibik Law, P.C. |
| Applicant's Email: | help@cibiklaw.com |
| Applicant's Phone: | 215-735-1060 |
| Applicant's Address: | 1500 Walnut Street, Suite 900 |
| | Philadelphia, PA 19102 |
| Applicant Type: | Attorney for Debtor |
| Application Period: | 07/15/2023 to 21/05/2024 |
| Basis of Application: | 11 U.S.C. § 330; *In re Lewis* |
| Application Type: | First |
| Form 2030: | Exhibit A |

| **Part 3** | **Case Information** |
|---|---|

| | |
|---|---|
| Date Filed: | July 25, 2023 |
| U.S. Bankruptcy Judge: | Patricia M. Mayer |
| Standing Trustee: | Kenneth E. West |
| Debtor's Median Income: | Below Median |

| **Part 4** | **Summary of Services Performed** |
|---|---|

1. This is the first fee application in this case.
2. The Applicant seeks approval of fees in connection with the customary services of filing a chapter 13 case and guiding the plan to confirmation.
3. The services performed were of substantial benefit to the bankruptcy estate.

| **Part 5** | **Flat Fees Incurred** |
|---|---|

By prior agreement with the Debtor, the Applicant requests payment of flat fees for each of the following services:

| Date | Description | Fee |
|---|---|---|
|  | NONE |  |
|  | **TOTAL** |  |

| **Part 6** | **Hourly Fees Incurred** |
|---|---|

The Applicant requests payment based on actual time expended for the following services:

| Date | Description | Hours Expended |
|---|---|---|
| 7/15/23 | (Attorney) Initial consultation with client to discuss objectives for representation | 1.00 |
| 7/25/23 | (Attorney) Drafted chapter 13 petition and statement of social security number | 0.75 |
| 7/25/23 | (Attorney) Drafted matrix list of creditors | 1.00 |
| 7/31/23 | (Attorney) Drafted motion to extend the automatic stay | 1.00 |
| 8/17/23 | (Attorney) Drafted schedules, statements, other documents, and chapter 13 plan. | 4.50 |

| Date | Description | Hours Expended |
|---|---|---|
| 8/23/23 | (Attorney) Represented debtors at hearing on motion to extend automatic stay. | 0.50 |
| 10/20/23 | (Attorney) Represented debtors at meeting of creditors | 1.00 |
| 11/24/23 | (Attorney) Defended against motion for relief from automatic stay, including filing answer and negotiating stipulation | 3.00 |
| 1/23/24 | (Attorney) Drafted first amended chapter 13 plan | 1.00 |
| 1/23/24 | (Attorney) Represented debtors at confirmation hearing | 0.20 |
| 2/12/24 | (Attorney) Drafted second amended chapter 13 plan | 1.00 |
| 2/13/24 | (Attorney) Represented debtors at confirmation hearing | 0.20 |
| 3/26/24 | (Attorney) Represented debtors at confirmation hearing | 0.20 |
| 5/21/24 | (Attorney) Reviewed time slips and drafted fee application | 1.00 |
| | **TOTAL ($350 per hour)** | **16.35** |

### Part 7    Expenses

The Applicant requests reimbursement for the following expenses:

| Date | Description | Fee |
|---|---|---|
| | NONE | |
| | **TOTAL** | |

### Part 8    Summary of Fees and Expenses

| Period | | Requested | | Allowed | | Paid | |
| Start | End | Fees | Expenses | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|---|---|
| Pre-Petition | | | | | | $2,075.00 | $0.00 |
| This Application | | $5,725.00 | $0.00 | | | | |
| | TOTALS | **$5,725.00** | **$0.00** | **$ 0.00** | **$ 0.00** | **$2,075.00** | **$0.00** |

**Part 9**   **Other Information**

1. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

2. The Applicant does not consent to the entry of a reduced award by the Court without notice and hearing.

**Part 10**   **Request for Relief**

The Applicant requests that the Court enter an award of $5,725.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

_____         May 21, 2024
Signature of Applicant               Date