### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Patrick Creedon,<br>Regina Anne Creedon,<br>　　　　　　　　　　*Debtors.* | Case No. 23-12202-pmm<br>Chapter 13 |

## Statement of Issues on Appeal

Appellant Michael I. Assad hereby files this statement of issues with respect to the appeal noticed at ECF No. 69 on June 15, 2024.

1. Whether the Bankruptcy Court erred in finding that the full amount of compensation requested by the Appellant was not reasonable.

2. Whether the Bankruptcy Court erred by awarding the Appellant less than the requested amount of compensation when property of the estate could no longer inure to the benefit of unsecured creditors.

3. Whether the Bankruptcy Court erred by awarding the Appellant less than the requested amount of compensation without holding an evidentiary hearing.

4. Whether the Bankruptcy Court violated the U.S. Constitution by awarding the Appellant less than the requested amount of compensation without notice and hearing notwithstanding the Appellant's written notice that he did not consent to the entry of a reduced award without notice and hearing.

Date: June 15, 2024

CIBIK LAW, P.C.
*Attorney for Appellant*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com