### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| Michael Patrick Creedon, | Case No. 23-12202-pmm |
|---|---|
| Regina Anne Creedon, | Chapter 13 |
| *Debtors.* | |

## Amended Designation of Record on Appeal

Appellant Michael I. Assad hereby requests that the following docket entries be included in the record of the appeal noticed at ECF No. 69 on June 15, 2024.

| Date | Docket No. | Description |
|---|---|---|
| 07/25/2023 | 1 | Chapter 13 Voluntary Petition for Individual |
| 02/12/2024 | 48 | Second Amended Chapter 13 Plan |
| 03/26/2024 | 54 | Order Denying Confirmation of Chapter 13 Plan |
| 03/27/2024 | 55 | Amended Motion to Dismiss Case |
| 05/07/2024 | 63 | Order Granting Amended Motion to Dismiss Case |
| 05/21/2024 | 65 | Application for Compensation |
| 06/05/2024 | 66 | Certificate of No Response |
| 06/10/2024 | 67 | Order Granting in part, Denying in part Application For Compensation |

Date: June 16, 2024

CIBIK LAW, P.C.
*Attorney for Appellant*

By: _____
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com