**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Michael Patrick Creedon, <br> Regina Anne Creedon, <br> *Debtors.* | Case No. 23-12202-PMM <br> Chapter 13 |

**Order Setting Expedited Hearing**

    **AND NOW**, upon consideration of the Motion to Stay Pending Appeal (doc. #73, the "Motion to Stay") and the Motion to Expedite consideration of the Motion to Stay (doc. #74, the "Motion to Expedite");

    It is hereby **ORDERED** that:

1. The Motion to expedite is **GRANTED**.

2. A hearing to consider the Motion to Stay will be held on **Thursday, June 20, 2024, at 1:00 p.m.** by Zoom Teleconference:

   https://www.zoomgov.com/j/1610758342?pwd=NGRkbDlpV3lucm51MTRNa1hqS3RTZz09
   Meeting ID: 161 075 8342
   Passcode: 302564

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent, the Debtor, all secured creditors and all priority creditors by e-mail transmission no later than **1:00 p.m. on Tuesday, June 18, 2024**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than **4:00 p.m. on Tuesday, June 18, 2024**. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date:

                                                          Patricia M. Mayer
                                                          U.S. Bankruptcy Judge