**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    Michael Patrick Creedon | : | |
|    Regina Anne Creedon, | : | |
|                    Debtor(s) | : | Bky. No. 23-12202 |

# O R D E R

**AND NOW**, upon consideration of the Motion for Stay Pending Appeal filed by counsel for Debtors ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on **June 20, 2024, at 1:00 p.m. via Zoom** at the following link:

https://www.zoomgov.com/j/1607367201?pwd=TkJqMkQvNUI3T2FrSnBvWjAzNi9SUT09

Meeting ID: 160 736 7201
Passcode: 761740

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

**4.** The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on or before Tuesday, June 18, 2024**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail

   **no later than 5:00 p.m. on Monday, June 17, 2024.**

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: **June 17, 2024**

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**