## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Michael Patrick Creedon, <br> Regina Anne Creedon, <br> *Debtors*. | Case No. 23-12202-PMM <br> Chapter 13 |

## Notice of Motion for Stay Pending Appeal, Response Deadline, and Hearing Date

A Motion for Stay Pending Appeal has been filed with the court in the above matter by Michael I. Assad.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.**

**If you do not want the court to grant the relief sought in the motion** or you want the court to consider your views, you must file a response before the hearing or appear at the hearing.

**An evidentiary hearing on the motion is scheduled to be held on June 20, 2024, at 1:00 p.m.** before U.S. Bankruptcy Judge Patricia M. Mayer by Zoom at the following link:

https://www.zoomgov.com/j/1607367201?pwd=TkJqMkQvNUI3T2FrSnBvWjAzNi9SUT09

Meeting ID: 160 736 7201
Passcode: 761740

### How to File a Response

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline. For more information about the U.S. Bankruptcy Court, please visit **https://www.paeb.uscourts.gov**.

| | |
|---|---|
| Date: June 17, 2024 | Mike Assad (#330937) <br> Cibik Law, P.C <br> 1500 Walnut Street, Suite 900 <br> Philadelphia, PA 19102 <br> 215-735-1060 <br> help@cibiklaw.com |