# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division Division

| | |
|---|---|
| Michael Patrick Creedon,<br>Regina Anne Creedon,<br><br>　　　　　　　　　　*Debtors*. | Chapter 13<br>Case No. 23-12202 |

## Certificate of Service

I certify that on or before this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion for Stay Pending Appeal
- Notice of Motion for Stay Pending Appeal, Response Deadline, and Hearing Date
- Order Setting Expedited Hearing

Dated: June 17, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

Michael Patrick Creedon
4 Saljon Court
Maple Glen, PA 19002-3012

Regina Anne Creedon
4 Saljon Court
Maple Glen, PA 19002-3012