*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Michael Patrick Creedon | ) | Case No. 23–12202–pmm |
| | ) | |
| | ) | |
|   Regina Anne Creedon | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑   Certificate of appeal from order entered June 10, 2024 by the Honorable Patricia M. Mayer

Notice of appeal filing fee  ☑ paid     ☐ not paid

☐   Designation of Record on Appeal Filed
☐   Designation of Record on Appeal Not Filed

☐   Supplemental certificate of appeal

☐   Motion for leave to appeal filed
☐   Answer to motion filed

☐   Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
☐   Report and recommendation entered by the Honorable Patricia M. Mayer
☐   Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: June 17, 2024                                                          For The Court

                                                                               Timothy B. McGrath
                                                                               Clerk of Court

___

Received Above material or record tile this day: 17th day of June, 2024
Civil Action No. 24-cv-2671                                 Signature: /s/ *Steve Tomas*
  Miscellaneous   No._____             Date: 6/17/24
Assigned to Judge _Karen S. Marston