# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Patrick Creedon,<br>Regina Anne Creedon,<br>　　　　　　　　　　*Debtors.* | Case No. 23-12202-PMM<br>Chapter 13 |

## ORDER

And now, after consideration of the Motion for Stay Pending Appeal filed by Appellant Michael I. Assad, with notice appropriate under the circumstances and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The chapter 13 trustee must immediately:

    a. Stop payment on check number 4006411.

    b. Issue a check to the Debtors in the amount of $10,757.60.

    c. Hold the remaining $1,425.00 until further order of this Court.

3. Further enforcement of the Court's order at ECF No. 67 is **STAYED** pending resolution of the Appellant's appeal to the U.S. District Court for the Eastern District of Pennsylvania or the U.S. Court of Appeals for the Third Circuit.

4. The Court retains jurisdiction to enforce and interpret this order.

Date: **June 20, 2024**

Patricia M. Mayer
U.S. Bankruptcy Judge