# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| Michael Patrick Creedon, | Case No. 23-12202-pmm |
| Regina Anne Creedon, | Chapter 13 |
| *Debtors.* | |

## Transcript Order

To the Clerk of Court:

Please procure transcripts of the following hearings in the above-referenced bankruptcy case from August 23, 2023, to May 7, 2024, in connection with the appeal noticed at ECF No. 69. Please notify me of any fees due, which I will pay promptly. Thank you.

| Date | Docket No. | Description |
| --- | --- | --- |
| 08/23/2023 | 20 | Hearing on Motion to Extend Automatic Stay |
| 12/12/2023 | 32 | Confirmation Hearing<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
| 01/23/2024 | 44 | Continued Confirmation Hearing<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
| 01/23/2024 | 45 | Hearing on Motion to Dismiss<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
| 02/13/2024 | 50 | Continued Confirmation Hearing<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
| 02/13/2024 | 51 | Continued Hearing on Motion to Dismiss<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |

| | | |
|---|---|---|
| 03/26/2024 | 52 | Continued Confirmation Hearing *Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
| 05/07/2024 | 62 | Hearing on Motion to Dismiss *Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |

Date: June 22, 2024                                 CIBIK LAW, P.C.
                                                                *Attorney for Appellant*

                                                                By: *[signature]*
                                                                Mike Assad (#330937)
                                                                1500 Walnut Street, Suite 900
                                                                Philadelphia, PA 19102
                                                                215-735-1060
                                                                help@cibiklaw.com