### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| Michael Patrick Creedon,<br>Regina Anne Creedon,<br>*Debtors.* | Case No. 23-12202-pmm<br>Chapter 13 |
|---|---|

## Second Amended Designation of Record on Appeal

Appellant Michael I. Assad hereby requests that the following docket entries be included in the record of the appeal noticed at ECF No. 69 on June 15, 2024.

| Date | Docket No. | Description |
|---|---|---|
| 07/25/2023 | 1 | Chapter 13 Voluntary Petition for Individual |
| 08/17/2023 | 14 | Schedules, Statements, and Other Documents |
| 08/17/2023 | 15 | Means Test |
| 08/17/2023 | 16 | Chapter 13 Plan |
| 08/18/2023 | 17 | Amended Motion to Extend Automatic Stay |
| 08/23/2023 | 20 | Hearing on Motion to Extend Automatic Stay<br>*Transcript Requested at Docket No. 87* |
| 11/24/2023 | 27 | Motion for Relief from Stay |
| 11/30/2023 | 29 | Objection to Motion for Relief |
| 12/19/2023 | 30 | Motion to Dismiss |
| 12/12/2023 | 32 | Confirmation Hearing<br>*Transcript Requested at Docket No. 87* |
| 01/19/2024 | 39 | Stipulation of Settlement |
| 01/23/2024 | 41 | First Amended Chapter 13 Plan |
| 01/23/2024 | 43 | Pre-Confirmation Certification |
| 01/23/2024 | 44 | Continued Confirmation Hearing<br>*Transcript Requested at Docket No. 87* |

| Date | Docket No. | Description |
|---|---|---|
| 01/23/2024 | 45 | Hearing on Motion to Dismiss<br>*Transcript Requested at Docket No. 87* |
| 02/08/2024 | 47 | Amended Schedule J |
| 02/12/2024 | 48 | Second Amended Chapter 13 Plan |
| 02/13/2024 | 49 | Praecipe to Withdraw Objection |
| 02/13/2024 | 50 | Continued Confirmation Hearing<br>*Transcript Requested at Docket No. 87* |
| 02/13/2024 | 51 | Continued Hearing on Motion to Dismiss<br>*Transcript Requested at Docket No. 87* |
| 03/26/2024 | 52 | Continued Confirmation Hearing<br>*Transcript Requested at Docket No. 87* |
| 03/26/2024 | 54 | Order Denying Confirmation of Chapter 13 Plan |
| 03/27/2024 | 55 | Amended Motion to Dismiss Case |
| 05/07/2024 | 62 | Hearing on Motion to Dismiss<br>*Transcript Requested at Docket No. 87* |
| 05/07/2024 | 63 | Order Granting Amended Motion to Dismiss Case |
| 05/21/2024 | 65 | Application for Compensation |
| 06/05/2024 | 66 | Certificate of No Response |
| 06/10/2024 | 67 | Order Granting in part, Denying in part Application For Compensation |

Date: June 23, 2024

CIBIK LAW, P.C.
*Attorney for Appellant*

By: _____
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

2