United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael Patrick Creedon  
Regina Anne Creedon  
    Debtors

Case No. 23-12202-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 24, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Michael I. Assad, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2024 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK  
     on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Asset Backed Securities Corporation Home Equit andrew.spivack@brockandscott.com, wbecf@brockandscott.com

KENNETH E. WEST  
     ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST  
     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON  
     on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Asset Backed Securities Corporation Home Equit wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL A. CIBIK  
     on behalf of Joint Debtor Regina Anne Creedon help@cibiklaw.com  
     noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 24, 2024 | Form ID: pdf900 | Total Noticed: 1 |

m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK

on behalf of Debtor Michael Patrick Creedon help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD

on behalf of Attorney Michael I. Assad help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEPHEN R. STARKS

on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Asset Backed Securities Corporation Home Equit
ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| Michael Patrick Creedon, | Case No. 23-12202-pmm |
| Regina Anne Creedon, | Chapter 13 |
| *Debtors.* | |

## Transcript Order

To the Clerk of Court:

    Please procure transcripts of the following hearings in the above-referenced bankruptcy case from August 23, 2023, to May 7, 2024, in connection with the appeal noticed at ECF No. 69. Please notify me of any fees due, which I will pay promptly. Thank you.

| Date | Docket No. | Description |
| --- | --- | --- |
| 08/23/2023 | 20 | Hearing on Motion to Extend Automatic Stay |
| 12/12/2023 | 32 | Confirmation Hearing<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
| 01/23/2024 | 44 | Continued Confirmation Hearing<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
| 01/23/2024 | 45 | Hearing on Motion to Dismiss<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
| 02/13/2024 | 50 | Continued Confirmation Hearing<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
| 02/13/2024 | 51 | Continued Hearing on Motion to Dismiss<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |

| 03/26/2024 | 52 | Continued Confirmation Hearing<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |
|---|---|---|
| 05/07/2024 | 62 | Hearing on Motion to Dismiss<br>*Please include portions of the hearing from call of the list at the beginning of the hearing, and portions with the Court present, if any.* |

Date: June 22, 2024

CIBIK LAW, P.C.
*Attorney for Appellant*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com