**Repeat−PAEB, RepeatPACER, DISMISSED, APPEAL**

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
## Bankruptcy Petition #: 23−12202−pmm

|  |  |
|---|---|
| *Date filed:* | 07/25/2023 |
| *Debtor dismissed:* | 05/07/2024 |
| *Joint debtor dismissed:* | 05/07/2024 |
| *Deadline for filing claims:* | 10/03/2023 |
| *Deadline for filing claims (govt.):* | 01/22/2024 |

*Assigned to:* Judge Patricia M. Mayer
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Other Reason
*Joint debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| ***Debtor***<br>**Michael Patrick Creedon**<br>4 Saljon Ct<br>Maple Glen, PA 19002−3012<br>MONTGOMERY−PA<br>SSN / ITIN: xxx−xx−2310 | represented by **MICHAEL A. CIBIK**<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br>215−735−1060<br>Email: help@cibiklaw.com |
| ***Joint Debtor***<br>**Regina Anne Creedon**<br>4 Saljon Ct<br>Maple Glen, PA 19002−3012<br>MONTGOMERY−PA<br>SSN / ITIN: xxx−xx−8131 | represented by **MICHAEL A. CIBIK**<br>(See above for address) |
| ***Trustee***<br>**KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street − Suite 1813<br>Philadelphia, PA 19107<br>215−627−1377 | represented by **KENNETH E. WEST**<br>Office of the Chapter 13 Standing<br>Trustee<br>1234 Market Street − Suite 1813<br>Philadelphia, PA 19107<br>215−627−1377<br>Fax : 215−627−6299<br>Email: ecfemails@ph13trustee.com |

***U.S. Trustee***
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
(215)597−4411

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 06/23/2024 | | 93 | **CORRECT ENTRY**Third Amended Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Michael I. Assad . Appellee designation due by 7/8/2024. Transmission of Designation Due by 7/23/2024. (S., Antoinette) (Entered: 06/24/2024) |

| | | | |
|---|---|---|---|
| 08/28/2024 | | 100 | Transcript regarding Hearing Held on 8−23−23 (6 pgs RELIABLE) The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s)19, 20 ). Notice of Intent to Request Redaction Deadline Due By 9/4/2024. Redaction Request Due By 9/18/2024. Redacted Transcript Submission Due By 9/30/2024. Transcript access will be restricted through 11/26/2024. (Caruso, Christopher) (Entered: 08/28/2024) |
| 08/28/2024 | | 101 | Transcript regarding Hearing Held on 12−12−23 (4 pgs RELIABLE) The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 32 ). Notice of Intent to Request Redaction Deadline Due By 9/4/2024. Redaction Request Due By 9/18/2024. Redacted Transcript Submission Due By 9/30/2024. Transcript access will be restricted through 11/26/2024. (Caruso, Christopher) (Entered: 08/28/2024) |
| 08/28/2024 | | 102 | Transcript regarding Hearing Held on 1−23−24 (5 pgs RELIABLE) The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s)43, 45 , 44 ). Notice of Intent to Request Redaction Deadline Due By 9/4/2024. Redaction Request Due By 9/18/2024. Redacted Transcript Submission Due By 9/30/2024. Transcript access will be restricted through 11/26/2024. (Caruso, Christopher) (Entered: 08/28/2024) |
| 08/28/2024 | | 103 | Transcript regarding Hearing Held 2−13−24 (5 pgs RELIABLE) The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 51 , 50 ). Notice of Intent to Request Redaction Deadline Due By 9/4/2024. Redaction Request Due By 9/18/2024. Redacted Transcript Submission Due By 9/30/2024. Transcript access will be restricted through 11/26/2024. (Caruso, Christopher) (Entered: 08/28/2024) |
| 08/28/2024 | | 104 | Transcript regarding Hearing Held on 3−26−24 (4 pgs RELIABLE) The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s)54, 52 , 53). Notice of Intent to Request Redaction Deadline Due By 9/4/2024. Redaction Request Due By 9/18/2024. Redacted Transcript Submission Due By 9/30/2024. Transcript access will be restricted through 11/26/2024. (Caruso, Christopher) (Entered: 08/28/2024) |
| 08/28/2024 | | 105 | Transcript regarding Hearing Held 5−7−24 (4 pgs RELIABLE) The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s)63, 62 ). Notice of Intent to Request Redaction Deadline Due By 9/4/2024. Redaction Request Due By 9/18/2024. Redacted Transcript Submission Due By 9/30/2024. Transcript access will be restricted through 11/26/2024. (Caruso, Christopher) (Entered: 08/28/2024) |

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Patrick Creedon, | Case No. 23-12202-pmm |
| Regina Anne Creedon, | Chapter 13 |
| *Debtors.* | |

## Third Amended Designation of Record on Appeal

Appellant Michael I. Assad hereby requests that the following docket entries be included in the record of the appeal noticed at ECF No. 69 on June 15, 2024.

| Date | Docket No. | Description |
|---|---|---|
| 07/25/2023 | 1 | Chapter 13 Voluntary Petition for Individual |
| 08/17/2023 | 14 | Schedules, Statements, and Other Documents |
| 08/17/2023 | 15 | Means Test |
| 08/17/2023 | 16 | Chapter 13 Plan |
| 08/18/2023 | 17 | Amended Motion to Extend Automatic Stay |
| 08/23/2023 | 19 | Objection to Confirmation of Plan |
| 08/23/2023 | 20 | Hearing on Motion to Extend Automatic Stay *Transcript Requested at Docket No. 87* |
| 11/24/2023 | 27 | Motion for Relief from Stay |
| 11/30/2023 | 29 | Objection to Motion for Relief |
| 12/19/2023 | 30 | Motion to Dismiss |
| 12/12/2023 | 32 | Confirmation Hearing *Transcript Requested at Docket No. 87* |
| 01/19/2024 | 39 | Stipulation of Settlement |
| 01/23/2024 | 41 | First Amended Chapter 13 Plan |
| 01/23/2024 | 43 | Pre-Confirmation Certification |
| 01/23/2024 | 44 | Continued Confirmation Hearing *Transcript Requested at Docket No. 87* |

3

| Date | Docket No. | Description |
|------|-----------|-------------|
| 01/23/2024 | 45 | Hearing on Motion to Dismiss<br>*Transcript Requested at Docket No. 87* |
| 02/08/2024 | 47 | Amended Schedule J |
| 02/12/2024 | 48 | Second Amended Chapter 13 Plan |
| 02/13/2024 | 49 | Praecipe to Withdraw Objection |
| 02/13/2024 | 50 | Continued Confirmation Hearing<br>*Transcript Requested at Docket No. 87* |
| 02/13/2024 | 51 | Continued Hearing on Motion to Dismiss<br>*Transcript Requested at Docket No. 87* |
| 03/26/2024 | 52 | Continued Confirmation Hearing<br>*Transcript Requested at Docket No. 87* |
| 03/26/2024 | 54 | Order Denying Confirmation of Chapter 13 Plan |
| 03/27/2024 | 55 | Amended Motion to Dismiss Case |
| 05/07/2024 | 62 | Hearing on Motion to Dismiss<br>*Transcript Requested at Docket No. 87* |
| 05/07/2024 | 63 | Order Granting Amended Motion to Dismiss Case |
| 05/21/2024 | 65 | Application for Compensation |
| 06/05/2024 | 66 | Certificate of No Response |
| 06/10/2024 | 67 | Order Granting in part, Denying in part Application For Compensation |

Date: June 23, 2024

CIBIK LAW, P.C.
*Attorney for Appellant*

By: _____

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

2

4

```
 1                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA
 2

 3   IN RE:                        .  Chapter 13
                                   .
 4   MICHAEL PATRICK CREEDON and .  Case No. 23-12202-PMM
     REGINA ANNE CREEDON,          .
 5                                 .  Courtroom 1
               Debtors.           .  900 Market Street
 6                                 .  Philadelphia, PA 19107
                                   .
 7                                 .  Wednesday, August 23, 2023
     . . . . . . . . . . . . . . .  1:01 p.m.
 8

 9                       TRANSCRIPT OF HEARING
              BEFORE THE HONORABLE PATRICIA M. MAYER
10                  UNITED STATES BANKRUPTCY JUDGE

11

12   APPEARANCES:

13   For the Debtors:          Michael I. Assad, Esquire
                               CIBIK LAW, P.C.
14                             1500 Walnut Street
                               Suite 900
15                             Philadelphia, Pennsylvania 19102

16

17

18

19

20   Electronically
     Recorded by:              Christopher Caruso, ECRO
21
     Transcription Service:    Reliable
22                             1007 N. Orange Street
                               Wilmington, Delaware 19801
23                             Telephone: (302) 654-8080
                               E-Mail:  gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording,
25   transcript produced by transcription service.
```

1                                    INDEX

2  MOTIONS:                                                      PAGE

3  Agenda
   Item 1:   Motion to Extend Automatic Stay Filed by             3
4            Michael Patrick Creedon, Regina Anne Creedon

5            Court's Ruling:                                      5

6

7  Transcriptionist's Certificate                                6

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          (Proceedings commenced at 1:01 p.m.)

 2              THE CLERK:  The Bankruptcy Court is now in

 3   session.

 4              THE COURT:  Okay.  I think we have just two

 5   matters.  The first one is Creedon, Michael and Regina.

 6              MR. ASSAD:  Good afternoon.  Michael Assad, on

 7   behalf of the debtors, Michael and Regina Creedon.

 8              The debtors have filed this motion to extend the

 9   automatic stay.  They had one prior case over the past year;

10   it was filed (indiscernible) and dismissed in February of

11   2023 for failure to make plan payments.

12              Since then there, have been a change in financial

13   circumstances.  The debtor is now working in his own law firm

14   and has a more (indiscernible) stream of income.  Both

15   debtors -- both, the debtor and the joint debtor sitting here

16   (indiscernible) their payments increase and their car has

17   been paid off, which gives them a better situation to

18   successfully reorganize.

19              THE COURT:  Can I ask, so when I looked at the new

20   schedules, the plan payment is roughly about what it was

21   before -- a little bit more -- but the income for him, looks

22   like it's (indiscernible), but there's no taxes that were

23   itemized.  Like, is there no taxes, or is still going to have

24   to withhold in some way, because he's self-employed, so

25   he's --
```

1          MR. ASSAD:  He's self-employed.  I don't -- no,

2   he's not withholding them.  That's not inclusive of the

3   taxes, so he'll have to pay taxes next year.

4          THE COURT:  Okay.  So the 5164 is just less, like,

5   writing a business expense; it's not less taxes?

6          MR. ASSAD:  Right.

7          THE COURT:  Right, okay.

8          I mean, part of the plan, I think, is to pay the

9   IRS for other times that, perhaps, he wasn't withholding, so

10  I guess that was my concern going forward, is that would he

11  be able to make this $3900 or $3900-a-month plan payment and

12  still be able to, presumably, do quarterly tax payments of

13  some kind or deal with his taxes at the end of the year.

14  That seems to be a possible issue for him.

15         MR. ASSAD:  Yeah, I can discuss that with the

16  debtor and get you your answer on that.

17         THE COURT:  Well, I mean, I don't know.  I mean,

18  perhaps, this is just a feasibility issue more than anything,

19  because, obviously, I guess, previously, it looks like -- I

20  mean, the numbers are close.  Previously, I think I showed

21  $5400 for him, gross, and now it shows $5100.

22         So it's, arguably, not a big change in the

23  circumstances, right?

24         MR. ASSAD:  Yeah.  So I understand that the Social

25  Security payments have increased, too --

```
 1              THE COURT:  Okay.
 2              MR. ASSAD:  -- so there is that.
 3              THE COURT:  Okay.  So there's a net increase?
 4              MR. ASSAD:  Yes.
 5              THE COURT:  Okay.
 6              MR. ASSAD:  It's not a large increase, but it is
 7    an increase, nonetheless.
 8              THE COURT:  Okay.  And there's only one prior
 9    case, so, okay.  We'll give you a shot on the order extending
10    the stay.
11              What I would suggest for the future, perhaps, is
12    to perhaps bring them in with you just in case.
13              MR. ASSAD:  I can do that.
14              THE COURT:  That way, if I have questions that
15    maybe you can't answer, they can.
16              MR. ASSAD:  Sure.
17              THE COURT:  Okay.  All right.
18         (Proceedings concluded at 1:04 p.m.)
19
20
21
22
23
24
25
```

1                      <u>CERTIFICATION</u>

2              I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter to the best of my

5    knowledge and ability.

6

7    <u>/s/ William J. Garling</u>                <u>August 9, 2024</u>

8    William J. Garling, CET-543

9    Certified Court Transcriptionist

10   For Reliable

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13

Michael Patrick Creedon and Regina Anne Creedon          : Bankruptcy 23–12202–pmm
                    Debtor(s)

### *NOTICE OF FILING OF TRANSCRIPT*
### *AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on August 23, 2023 was filed on August 28, 2024.

The following deadlines apply:

The parties have until 9/4/24 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 9/18/24 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 9/30/24 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/26/24 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.

For the Court

Date: 8/28/24                                          Timothy B. McGrath
                                                       Clerk of Court


                                                       By:Christopher Caruso
                                                              Deputy Clerk

```
 1                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA
 2

 3   IN RE:                       .  Chapter 13
                                  .
 4   MICHAEL PATRICK CREEDON and .  Case No. 23-12202-PMM
     REGINA ANNE CREEDON,          .
 5                                 .  Courtroom 1
               Debtors.           .  900 Market Street
 6                                 .  Philadelphia, PA 19107
                                  .
 7                                 .  Tuesday, December 12, 2023
     . . . . . . . . . . . . . . .
 8

 9                       TRANSCRIPT OF HEARING
               BEFORE THE HONORABLE PATRICIA M. MAYER
10                  UNITED STATES BANKRUPTCY JUDGE

11

12   APPEARANCES:

13   For the Chapter 13
     Trustee:                  Jack K. Miller, Esquire
14                             OFFICE OF THE CHAPTER 13
                                 STANDING TRUSTEE
15                             1234 Market Street
                               Suite 1813
16                             Philadelphia, Pennsylvania 19107

17

18

19

20   Electronically
     Recorded by:             Christopher Caruso, ECRO
21
     Transcription Service:   Reliable
22                            1007 N. Orange Street
                              Wilmington, Delaware 19801
23                            Telephone: (302) 654-8080
                              E-Mail:  gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording,
25   transcript produced by transcription service.
```

1                                   <u>INDEX</u>

2    <u>MOTIONS:</u>                                              <u>PAGE</u>

3    Agenda
     Item 1:   Confirmation Hearing                          3

4

5            Court's Ruling:                                 3

6

7    Transcriptionist's Certificate                          4

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (Proceedings commenced)
 2                   MR. MILLER:  99 is Michael and Regina Creedon.
 3                   The trustee requests a continuance until
 4  January 23; that's 1/23/24.
 5              (Proceedings concluded)
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATION

1

2          I certify that the foregoing is a correct

3   transcript from the electronic sound recording of the

4   proceedings in the above-entitled matter to the best of my

5   knowledge and ability.

6

7   /s/ William J. Garling                    August 9, 2024

8   William J. Garling, CET-543

9   Certified Court Transcriptionist

10  For Reliable

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              : Chapter 13

Michael Patrick Creedon and Regina Anne Creedon      : Bankruptcy 23–12202–pmm

        Debtor(s)

### *NOTICE OF FILING OF TRANSCRIPT*
### *AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on December 12, 2023 was filed on August 28, 2024.

The following deadlines apply:

The parties have until 9/4/24 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 9/18/24 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 9/30/24 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/26/24 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.

For the Court

Date: 8/28/24

Timothy B. McGrath
Clerk of Court

By: Christopher Caruso
        Deputy Clerk

```
 1                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA
 2

 3   IN RE:                      .  Chapter 13
                                 .
 4   MICHAEL PATRICK CREEDON and .  Case No. 23-12202-PMM
     REGINA ANNE CREEDON,        .
 5                               .  Courtroom 1
             Debtors.           .  900 Market Street
 6                               .  Philadelphia, PA 19107
                                 .
 7                               .  Tuesday, January 23, 2024
     . . . . . . . . . . . . . .  1:23 p.m.
 8
                        TRANSCRIPT OF HEARING
 9          BEFORE THE HONORABLE PATRICIA M. MAYER
                 UNITED STATES BANKRUPTCY JUDGE
10

11   APPEARANCES:

12   For the Debtors:          Michael I. Assad, Esquire
                               CIBIK LAW, P.C.
13                             1500 Walnut Street
                               Suite 900
14                             Philadelphia, Pennsylvania 19102

15
     For the Chapter 13
16   Trustee:                  Jack K. Miller, Esquire
                               OFFICE OF THE CHAPTER 13
17                                STANDING TRUSTEE
                               1234 Market Street
18                             Suite 1813
                               Philadelphia, Pennsylvania 19107
19

20   Electronically
     Recorded by:             Christopher Caruso, ECRO
21
     Transcription Service:    Reliable
22                             1007 N. Orange Street
                               Wilmington, Delaware 19801
23                             Telephone: (302) 654-8080
                               E-Mail:  gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording,
25   transcript produced by transcription service.
```

2

1                                   INDEX

2   MOTIONS:                                                      PAGE

3   Matter
    No. 51:  Confirmation Hearing                                 3
4
             Court's Ruling:                                      3
5
    Matter
6   No. 52:  Motion to Dismiss Case                               3

7            Court's Ruling:                                      3

8

9   Transcriptionist's Certificate                                5

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Proceedings commenced at 2:23 p.m.)

2          THE COURT:  Okay.  And 51 and 52, Michael Patrick

3    Creedon and Regina Anne, confirmation hearing and motion to

4    dismiss case.

5          MR. ASSAD:  Mike Assad for the debtors.

6          THE COURT:  Okay.  I think this is a 100 percent

7    plan, but it was just filed yest- -- it may be today.

8          Was it filed today?

9          MR. ASSAD:  Yes, it was filed today.  There was a

10   delay in filing an amended plan because we were waiting on a

11   stipulation to be approved, with respect to the motion for

12   relief, and that was entered yesterday, and so the amended

13   plan has been filed, accordingly.

14         THE COURT:  Okay.  Jack, do you have any issues

15   with the new plan or have you not even seen it?

16         MR. MILLER:  I have not reviewed or seen the

17   amended plan, so I can't --

18         THE COURT:  Okay.

19         MR. MILLER:  I'll leave this to the Court.

20         THE COURT:  Why don't we give it a short

21   continuance.  Since it's a 100 percent plan, it's not going

22   to be an issue for service.

23         But do you want to move it to --

24         MR. MILLER:  3/12 would be good -- March 12th?

25         THE COURT:  Do we need that much time?

```
 1              MR. MILLER:  No, but whatever date is good with
 2    the Court.
 3              The arrears -- the debts are here, Judge; the
 4    arrears are over $230,000.
 5              THE COURT:  Really?  But I --
 6              MR. MILLER:  Counsel, is that correct?
 7              MR. ASSAD:  The mortgage is, yes.
 8              THE COURT:  Okay.
 9              MR. MILLER:  But, again, I'm not sure how the plan
10    addresses that.
11              THE COURT:  All right.  Mr. Assad, what would you
12    prefer?  Do you want a March date or do you want it sooner?
13              MR. ASSAD:  A sooner date would be best if there's
14    enough time for the trustee and the Court to review
15    everything.
16              THE COURT:  All right.  Why don't we put it on for
17    the 13th of February, which I think is my next date, right --
18              MR. MILLER:  Yes.
19              THE COURT:  -- February 13th?
20              MR. ASSAD:  That works for me.
21              THE COURT:  I think that gives everybody enough
22    time, hopefully.
23              MR. MILLER:  Very well.
24              MR. ASSAD:  Thank you.
25          (Proceedings concluded at 2:25 p.m.)
```

1                          CERTIFICATION

2              I certify that the foregoing is a correct

3  transcript from the electronic sound recording of the

4  proceedings in the above-entitled matter to the best of my

5  knowledge and ability.

6

7  /s/ William J. Garling                    August 9, 2024

8  William J. Garling, CET-543

9  Certified Court Transcriptionist

10 For Reliable

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Michael Patrick Creedon and Regina Anne Creedon          : Bankruptcy 23–12202–pmm
                    Debtor(s)

*NOTICE OF FILING OF TRANSCRIPT*
*AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on January 23, 2024 was filed on August 28, 2024.

The following deadlines apply:

The parties have until 9/4/24 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 9/18/24 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 9/30/24 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/26/24 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.

                                        For the Court

Date: 8/28/24                           Timothy B. McGrath
                                        Clerk of Court


                                        By:Christopher Caruso
                                                Deputy Clerk

```
 1                 UNITED STATES BANKRUPTCY COURT
                  EASTERN DISTRICT OF PENNSYLVANIA
 2

 3   IN RE:                       .  Chapter 13
                                  .
 4   MICHAEL PATRICK CREEDON and  .  Case No. 23-12202-PMM
     REGINA ANNE CREEDON,         .
 5                                .  Courtroom 1
             Debtors.            .  900 Market Street
 6                                .  Philadelphia, PA 19107
                                  .
 7                                .  Tuesday, February 13, 2024
     . . . . . . . . . . . . . . .  1:19 p.m.
 8
                      TRANSCRIPT OF HEARING
 9          BEFORE THE HONORABLE PATRICIA M. MAYER
                UNITED STATES BANKRUPTCY JUDGE
10

11   APPEARANCES:

12   For the Debtors:          Michael I. Assad, Esquire
                               CIBIK LAW, P.C.
13                             1500 Walnut Street
                               Suite 900
14                             Philadelphia, Pennsylvania 19102

15
     For the Chapter 13
16   Trustee:                  Jack K. Miller, Esquire
                               OFFICE OF THE CHAPTER 13
17                               STANDING TRUSTEE
                               1234 Market Street
18                             Suite 1813
                               Philadelphia, Pennsylvania 19107
19

20   Electronically
     Recorded by:              Christopher Caruso, ECRO
21
     Transcription Service:    Reliable
22                             1007 N. Orange Street
                               Wilmington, Delaware 19801
23                             Telephone: (302) 654-8080
                               E-Mail:  gmatthews@reliable-co.com
24
     Proceedings recorded by electronic sound recording,
25   transcript produced by transcription service.
```

1                                    INDEX

2   MOTIONS:                                                    PAGE

3   Matter
    No. 42:   Confirmation Hearing                                3
4
              Court's Ruling:                                     3
5
    Matter
6   No. 43:   Motion to Dismiss Case                              3

7             Court's Ruling:                                     4

8

9   Transcriptionist's Certificate                                5

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (Proceedings commenced at 1:19 p.m.)

 2                   MR. MILLER:  42 is Michael and Regina Creedon.

 3                   THE CLERK:  42 and 43.

 4                   MR. MILLER:  42 and 43, yes, Creedon.

 5                   Is Michael or Regina Creedon on the call, or

 6   counsel, Michael Cibik?

 7                   MR. ASSAD:  Mike Assad for the debtors.

 8                   MR. MILLER:  Okay.  We're going to deny

 9   confirmation and withdraw the motion to dismiss, which would

10   give you a little time to take action or file a new plan, if

11   that works for you?

12                   MR. ASSAD:  We did file a plan yesterday, which I

13   think will resolve the issue, but I understand it needs time

14   for service and we are waiting for the debtors to sign

15   amended schedules.

16                   MR. MILLER:  I didn't see the plan filed

17   yesterday.

18                   MR. ASSAD:  Yeah, I know it was late.  I'm sorry.

19                   MR. MILLER:  I need a minute here.

20         (Pause)

21                   MR. MILLER:  So, In the Matter of Creedon, the

22   trustee can ask that confirmation be continued, then, until

23   March 26; that's 3/26.

24                   MR. ASSAD:  Yep.

25                   MR. MILLER:  And, Sara, there's also a motion to
```

1  dismiss, correct?

2              We can withdraw the motion to dismiss.

3              THE CLERK:  Okay.

4              MR. ASSAD:  Thank you.

5          (Proceedings concluded at 1:22 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        CERTIFICATION

2           I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter to the best of my

5    knowledge and ability.

6

7    /s/ William J. Garling                    August 9, 2024

8    William J. Garling, CET-543

9    Certified Court Transcriptionist

10   For Reliable

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Michael Patrick Creedon and Regina Anne Creedon     : Bankruptcy 23–12202–pmm
          Debtor(s)

*NOTICE OF FILING OF TRANSCRIPT*
*AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on February 13. 2024 was filed on August 28, 2024.

The following deadlines apply:

The parties have until 9/4/24 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 9/18/24 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 9/30/24 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/26/24 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.

For the Court

Date: 8/28/24                              Timothy B. McGrath
                                           Clerk of Court


                                           By:Christopher Caruso
                                                   Deputy Clerk

28

```
 1                     UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF PENNSYLVANIA
 2

 3    IN RE:                        .   Chapter 13
                                    .
 4    MICHAEL PATRICK CREEDON and   .   Case No. 23-12202-PMM
      REGINA ANNE CREEDON,          .
 5                                  .   Courtroom 1
                 Debtors.           .   900 Market Street
 6                                  .   Philadelphia, PA 19107
                                    .
 7                                  .   Tuesday, March 26, 2024
      . . . . . . . . . . . . . . . .   1:19 p.m.
 8
                          TRANSCRIPT OF HEARING
 9              BEFORE THE HONORABLE PATRICIA M. MAYER
                     UNITED STATES BANKRUPTCY JUDGE
10

11    APPEARANCES:

12    For the Debtors:          Michael I. Assad, Esquire
                                CIBIK LAW, P.C.
13                              1500 Walnut Street
                                Suite 900
14                              Philadelphia, Pennsylvania 19102

15
      For the Chapter 13
16    Trustee:                  Jack K. Miller, Esquire
                                OFFICE OF THE CHAPTER 13
17                                STANDING TRUSTEE
                                1234 Market Street
18                              Suite 1813
                                Philadelphia, Pennsylvania 19107
19

20    Electronically
      Recorded by:              Christopher Caruso, ECRO
21
      Transcription Service:    Reliable
22                              1007 N. Orange Street
                                Wilmington, Delaware 19801
23                              Telephone: (302) 654-8080
                                E-Mail:  gmatthews@reliable-co.com
24
      Proceedings recorded by electronic sound recording,
25    transcript produced by transcription service.
```

2

1                               <u>INDEX</u>

2    <u>MOTIONS</u>:                                          <u>PAGE</u>

3    Matter
     No. 31:   Confirmation Hearing                       3
4
              Court's Ruling:                             3
5

6    Transcriptionist's Certificate                      4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1              (Proceedings commenced at 1:13 p.m.)

 2                   MR. MILLER:  31, Michael and Regina Creedon?

 3                   MR. ASSAD:  Mike Assad for the debtors.

 4                   MR. MILLER:  We're going to deny confirmation,

 5     unless you have an objection.

 6                   MR. ASSAD:  No defense to denial of confirmation.

 7     Unfortunately, it doesn't look like the case is really going

 8     anywhere.

 9                   MR. MILLER:  So in the matter of Creedon, the

10     trustee asks that confirmation be denied.

11                   Thank you, Counsel.

12                   MR. ASSAD:  Thank you.

13              (Proceedings concluded at 1:13 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

1                              CERTIFICATION

2              I certify that the foregoing is a correct

3    transcript from the electronic sound recording of the

4    proceedings in the above-entitled matter to the best of my

5    knowledge and ability.

6

7    /s/ William J. Garling                    August 9, 2024

8    William J. Garling, CET-543

9    Certified Court Transcriptionist

10   For Reliable

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 13

Michael Patrick Creedon and Regina Anne Creedon    : Bankruptcy 23–12202–pmm

        Debtor(s)

*NOTICE OF FILING OF TRANSCRIPT*
*AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on March 26, 2024 was filed on August 28, 2024.

The following deadlines apply:

The parties have until 9/4/24 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 9/18/24 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 9/30/24 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/26/24 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.

                         For the Court

Date: 8/28/24                            Timothy B. McGrath
                         Clerk of Court

                         By:Christopher Caruso
                              Deputy Clerk

```
 1                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF PENNSYLVANIA
 2

 3    IN RE:                      .  Chapter 13
                                  .
 4    MICHAEL PATRICK CREEDON and .  Case No. 23-12202-PMM
      REGINA ANNE CREEDON,        .
 5                                .  Courtroom 1
               Debtors.          .  900 Market Street
 6                                .  Philadelphia, PA 19107
                                  .
 7                                .  Tuesday, May 7, 2024
      . . . . . . . . . . . . . . .  1:19 p.m.
 8
                           TRANSCRIPT OF HEARING
 9           BEFORE THE HONORABLE PATRICIA M. MAYER
                    UNITED STATES BANKRUPTCY JUDGE
10

11    APPEARANCES:

12    For the Debtors:           Michael I. Assad, Esquire
                                 CIBIK LAW, P.C.
13                               1500 Walnut Street
                                 Suite 900
14                               Philadelphia, Pennsylvania 19102

15
      For the Chapter 13
16    Trustee:                   Jack K. Miller, Esquire
                                 OFFICE OF THE CHAPTER 13
17                                 STANDING TRUSTEE
                                 1234 Market Street
18                               Suite 1813
                                 Philadelphia, Pennsylvania 19107
19

20    Electronically
      Recorded by:               Christopher Caruso, ECRO
21
      Transcription Service:     Reliable
22                               1007 N. Orange Street
                                 Wilmington, Delaware 19801
23                               Telephone: (302) 654-8080
                                 E-Mail:  gmatthews@reliable-co.com
24
      Proceedings recorded by electronic sound recording,
25    transcript produced by transcription service.
```

1                                        INDEX

2      MOTIONS:                                                           PAGE

3      Matter
       No. 27:   Motion to Dismiss Case for Other                           3

4
                 Court's Ruling:                                            3

5

6      Transcriptionist's Certificate                                       4

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            (Proceedings commenced at 1:10 p.m.)

 2            MR. MILLER:  27, In the matter of Michael and

 3   Regina Creedon.

 4            Is Michael Patrick Creedon on the call or Regina

 5   Anne Creedon?

 6       (No verbal response)

 7            MR. MILLER:  Counsel, any objection to dismissal?

 8            MR. ASSAD:  No, but we do request that

 9   jurisdiction be retained and we've filed a proposed order.

10            MR. MILLER:  So, in the matter of Creedon, the

11   trustee asks that the case be dismissed.

12            Counsel has also asked that the Court will retain

13   jurisdiction, so we're going to dismiss the case with the

14   retention of jurisdiction.

15            Thank you, Counsel.

16            MR. ASSAD:  Thank you.

17       (Proceedings concluded at 1:11 p.m.)

18

19

20

21

22

23

24

25
```

```
 1                        CERTIFICATION
 2            I certify that the foregoing is a correct
 3    transcript from the electronic sound recording of the
 4    proceedings in the above-entitled matter to the best of my
 5    knowledge and ability.
 6
 7    /s/ William J. Garling               August 9, 2024
 8    William J. Garling, CET-543
 9    Certified Court Transcriptionist
10    For Reliable
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


In re:                                                    : Chapter 13


Michael Patrick Creedon and Regina Anne Creedon          : Bankruptcy 23–12202–pmm

        Debtor(s)


### *NOTICE OF FILING OF TRANSCRIPT*
### *AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*




A transcript of the proceeding held on May 7, 2024 was filed on August 28, 2024.

The following deadlines apply:

The parties have until 9/4/24 (seven (7) calendar days from the date of filing of the transcript) to file with the court a Notice of Intent to request Redaction of this transcript. The deadline for filing a request for redaction is 9/18/24 (21 days from the date of filing of the transcript).

If a Request for redaction is filed, the redacted transcript is due 9/30/24 (31 days from the date of filing of the transcript).

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/26/24 (90 calendar days from the date of filing of the transcript) unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (contact the court for contact information) or you may view the document at the clerk's office public terminal.


                                For the Court


Date: 8/28/24                                      Timothy B. McGrath
                                                   Clerk of Court


                                                   By:Christopher Caruso
                                                              Deputy Clerk