*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Michael Patrick Creedon | ) | Case No. 23−12202−pmm |
| | ) | |
| | ) | |
|    Regina Anne Creedon | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | Civil Case Number. 24−cv−2671 |

## Supplemental Transmission of Documents to the

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

    ☐ Certificate of appeal from order entered by the Honorable Patricia M. Mayer
Notice of appeal filing fee ☐ paid     ☐ not paid

    ☑ Designation of Record on Appeal Filed ; Appellant filed
    ☐ Designation of Record on Appeal Not Filed

    ☐ Supplemental certificate of appeal

    ☐ Motion for leave to appeal filed
    ☐ Answer to motion filed

    ☐ Proposed findings of fact and conclusions of law entered by the Honorable Patricia M. Mayer
    ☐ Report and recommendation entered by the Honorable Patricia M. Mayer
    ☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: September 6, 2024            For The Court

                                                          Timothy B. McGrath
                                                          Clerk of Court

---

Received Above material or record tile this day: September 6, 2024
Civil Action No. 24-cv-2671                                    Signature: /s/ *Steve Tomas*
Miscellaneous        No._____            Date: 9/6/24
Assigned to Judge Karen S. Marston