# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MICHAEL PATRICK CREEDON | CIVIL ACTION<br><br>NO. 24-2671-KSM |

## ORDER

**AND NOW**, this 4th day of November, 2024, upon consideration of Appellant Michael I Assad's unopposed motion to dismiss this bankruptcy appeal pursuant to Federal Rule of Bankruptcy Procedure 8023(b) (Doc. No. 7), it is **ORDERED** that the motion is **GRANTED** and the appeal is **DISMISSED**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.